IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02406-REB-MEH

JESUS JOHN HERNANDEZ,

    Petitioner,

v.

BLAKE DAVIS, Warden, FCI Englewood, and
UNITED STATES PAROLE COMMISSION,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 14, 2008.**

    Petitioner's Motion for Hearing and Issuance of a Writ of Mandamus Pursuant to 28 U.S.C. §§ 1361, 2243 and 2248 ("Motion") [filed January 9, 2008; doc #25] is **denied without prejudice**. The Motion was made improperly within Petitioner's Traverse (Reply) to his Petition for Writ of Habeas Corpus in violation of D.C. Colo. LCivR 7.1C ("A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper."). If Petitioner chooses to re-file the Motion, briefing shall then proceed in accordance with Rule 7.1C.