IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02406-REB-MEH

JESUS JOHN HERNANDEZ,

    Applicant,

v.

BLAKE DAVIS, Warden, FCI Englewood, and
UNITED STATES PAROLE COMMISSION,

    Respondents.

## ORDER RE: ORDER TO SHOW CAUSE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [filed November 16, 2007; doc #1]. On January 14, 2008, this Court entered an order returnable by Applicant to show cause why his first challenge should not be dismissed as untimely pursuant to 28 U.S.C. § 2244(d), and why his second challenge should not be dismissed as premature, in light of the parole revocation hearing set to occur on January 18, 2008. *See* doc #28. Rather than responding to the Order, Applicant filed an Objection and Motion for Recusal [doc #30], in which he addressed the issues raised in the Order to Show Cause.[1] Pursuant to the local rules, this Court gave Respondents the opportunity to respond to the Objection and Motion for Recusal, but Respondents failed to address the substantive issues raised by Applicant with respect to the Order to Show Cause.

---

[1] Subsequently, Applicant requested an extension of time within which to respond to the Order to Show Cause [doc #33]. This Court denied the request, expecting to have full briefing on the issues raised in the Order to Show Cause with Applicant's Objection and Motion for Recusal, Respondent's response, and Applicant's reply.

Therefore, in an effort to obtain full and fair briefing on the issues raised in this Court's Order to Show Cause [doc #28], the parties are ORDERED to file supplemental briefs on these issues **on or before February 29, 2008**.

Dated at Denver, Colorado, this 12th day of February, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge