IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02406-REB-MEH

JESUS JOHN HERNANDEZ,

    Applicant,

v.

BLAKE DAVIS, Warden, and
UNITED STATES PAROLE COMMISSION,

    Respondents.

---

## ORDER DENYING PLAINTIFF'S RULE 72 OBJECTION TO ORDER

**Blackburn, J**

This matter is before me on the **Applicant's Motion for Reconsideration and Objections to the Orders on Motion for Recusal and Order Re: Order To Show Cause** [#43], filed February 21, 2008. I read and construe this filing as a paper stating objections to certain orders entered by the magistrate judge under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a). Under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the applicant's objections and the orders of the magistrate judge that the applicant challenges, I conclude that the applicant's objections are without merit. The relevant orders of the magistrate judge are not clearly erroneous or contrary to law.

**THEREFORE IT IS ORDERED** that the **Applicant's Motion for Reconsideration and Objections to the Orders on Motion for Recusal and Order Re: Order To Show Cause** [#43], filed February 21, 2008, is **OVERRULED** and **DENIED**.

Dated July 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge